IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DOLLY GAINEY                                                         PLAINTIFF

vs.                                                    CIVIL ACTION NO. 3:13-CV-1076 HTW-LRA

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY                                                  DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby grants the defendants Motion to Affirm the Commissioner's Decision and dismisses this social security appeal with prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of August, 2014.

                                                                 s/ HENRY T. WINGATE
                                                                 UNITED STATES DISTRICT JUDGE